TRINETTE G. KENT (State Bar No. 222020)
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@lemberglaw.com

Sergei Lemberg (*phv* application to follow) (CT Bar. No. 425027)
Stephen Taylor (*phv* application to follow) (CT Bar No. 428505)
Lemberg Law LLC
43 Danbury Road
Wilton, CT 06897
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424
E-mail: slemberg@lemberglaw.com
E-mail: staylor@lemberglaw.com

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cory Larson, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>vs.<br><br>Harman-Management Corporation; and 3Seventy, Inc.,<br><br>Defendants. | Case No.:  1:16-cv-00219-DAD-SKO<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND CORRESPONDING DEADLINES** |

ORDER

The Court, having reviewed and considered the Parties' Joint Stipulation to Continue Scheduling Conference and Corresponding Deadlines, and for good cause shown,

IT IS HEREBY ORDERED that the Stipulation is GRANTED. The Scheduling Conference is continued to June 28, 2016, at 10:15 a.m. The corresponding deadlines are continued in accordance with this new date as provided for in this Court's February 18, 2016, Order (Docket No. 3).

IT IS SO ORDERED.

Dated: **April 20, 2016**  **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE