1 | Bruce J. Boehm (Cal. Bar No. 186715)
Cameron J. Cutler (Cal. Bar No. 304397)
**McKAY, BURTON & THURMAN**
15 West South Temple, Suite 1000
Salt Lake City, Utah  84101
Telephone:  (801) 521-4135
Facsimile: (801) 521-4252
E-mail: bboehm@mbt-law.com
E-mail: ccutler@mbt-law.com

*Attorneys for Defendant Harman Management Corporation*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY LARSON, *on behalf of himself and all others similarly situated*, | Case No.  1:16-cv-00219-DAD-SKO |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANT HARMAN MANAGEMENT CORPORATION TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| HARMAN MANAGEMENT CORPORATION; 3SEVENTY, INC., | |
| Defendants. | |
| _____/ | |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 144 of the Local Rules of the Eastern District of California, Defendant Harman Management Corporation, and Plaintiff Cory Larson hereby stipulate to the extension of Defendant's deadline to respond to Plaintiff's Complaint from April 26, 2016 to May 26, 2016.

Defendant has recently retained Martin W. Jaszczuk of Locke Lord, LLP, as co-defense counsel to assist in the handling of this lawsuit.  The above referenced extension of Defendant's deadline to respond to the Complaint is necessary to enable defense counsel to adequately coordinate Defendant's response and handling of the above captioned matter.

DATED this 21st day of April, 2016.

    McKAY BURTON & THURMAN

    /s/ Cameron J. Cutler           .
    Cameron J. Cutler
    *Attorneys for Defendant Harman Management Corporation*

DATED this 21st day of April, 2016.

    LEMBERG LAW LLC

    /s/Trinette G. Kent (with permission)
    Trinette G. Kent
    Sergei Lemberg Stephen Taylor
    *Attorneys for Plaintiff Cory Larson*

**ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that Defendant Harman Management Corporation shall file its responsive pleading by no later than May 26, 2016. This extension does not impact or change any event or deadline already set by the Court.

IT IS SO ORDERED.

Dated:   **April 22, 2016**          **/s/ Sheila K. Oberto**
                                                                  UNITED STATES MAGISTRATE JUDGE