Garrett K. Sakimae (SBN 288453 / sakimae@fr.com)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Tel: (858) 678-5070
Fax: (858) 678-5099

**Attorneys for Defendant 3SEVENTY, INC.**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY LARSON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HARMAN-MANAGEMENT CORPORATION and 3SEVENTY, INC.,<br><br>Defendants. | Case No. 1:16-cv-00219-DAD-SKO<br><br>**ORDER GRANTING DEFENDANT 3SEVENTY, INC.'S UNOPPOSED MOTION FOR A THREE-WEEK EXTENSION OF TIME TO ANSWER OR RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(Doc. 19) |

The Court, having read and considered Defendant 3Seventy, Inc.'s Unopposed Motion for a Three-Week Extension of Time to Answer or Respond to Plaintiff's Complaint (Doc. 19), and for good cause shown, GRANTS the Motion.

IT IS HEREBY ORDERED that Defendant 3Seventy, Inc.'s response to Plaintiff's Complaint shall be due on June 30, 2016.

IT IS SO ORDERED.

Dated:   **June 12, 2016**                    /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE