# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cory Larson, *on behalf of himself and all others similarly situated*,<br><br>             Plaintiff,<br><br>     vs.<br><br>Harman-Management Corporation; and 3Seventy, Inc.,<br><br>             Defendants. | Case No.:  1:16-cv-00219-DAD-SKO<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND CORRESPONDING DEADLINE** |

The Court, having read and considered the Parties Joint Stipulation to Continue Scheduling Conference and Corresponding Deadline, and for good cause shown,

IT IS HEREBY ORDERED that the Stipulation is GRANTED.

The Scheduling Conference is continued to August 11, 2016, at 10:30 a.m.  The corresponding Joint Scheduling Report deadline is continued in accordance with this new date as provided for in this Court's February 18, 2016, Order (Docket No. 3).

Defendants' response to Plaintiff's first amended complaint is due by July 21, 2016.

IT IS SO ORDERED.

Dated:   **June 20, 2016**              /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER