David L. Bird, *Pro Hac Vice* (Utah Bar No. 0335)
Bruce J. Boehm (Cal. Bar No. 186715)
**McKAY, BURTON & THURMAN**
15 West South Temple, Suite 1000
Salt Lake City, Utah 84101
Telephone: (801) 521-4135
Facsimile: (801) 521-4252
Email: dbird@mbt-law.com; bboehm@mbt-law.com

One of the Attorneys for Defendant Harman Management Corporation

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CORY LARSON, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HARMAN MANAGEMENT CORPORATION; 3SEVENTY, INC.,<br><br>Defendants. | Civil Action No. 1:16-cv-00219-DAD-SKO<br><br>**STIPULATED ORDER TO COMPEL RESPONSE TO SUBPOENA BY T-MOBILE USA, INC.**<br><br>**(Doc. 79)**<br><br>Magistrate Judge: Sheila K. Oberto |

Defendant Harman Management Corporation ("Defendant") and Plaintiff Cory Larson ("Plaintiff") hereby stipulate to an order from the Court compelling T-Mobile USA, Inc. ("T-Mobile")'s release of information responsive to Defendant's subpoena, which non-party T-Mobile is unable to provide in the absence of a court order authorizing the same. T-Mobile has agreed to release the responsive information in its possession upon the entering of this order. *See* Email from Counsel for T-Mobile, attached to the stipulation (Doc. 79) as Exhibit A.

WHEREFORE, the parties request that this Court enter an order compelling T-Mobile to respond to Defendant's subpoena dated July 17, 2017, for the production of Plaintiff's call records.

1

STIPULATED ORDER TO COMPEL RESPONSE TO SUBPOENA BY T-MOBILE USA, INC.

DATED this 2nd day of October, 2017.  **McKAY, BURTON & THURMAN**

                                                              /s/ Bruce J. Boehm
Bruce J. Boehm
*Attorneys for Harman Management Corporation*

DATED this 2nd day of October, 2017.  **LEMBERG LAW LLC**

/s/ Stephen Taylor*

Stephen Taylor
*Attorneys for Cory Larson*
*Signed with permission

## ORDER

IT IS SO ORDERED.

Dated: __**October 3, 2017**__                              /s/ *Sheila K. Oberto*
                                                         UNITED STATES MAGISTRATE JUDGE

2

STIPULATED ORDER TO COMPEL RESPONSE TO SUBPEONA BY T-MOBILE USA, INC.