UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY LARSON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HARMAN-MANAGEMENT CORPORATION and 3SEVENTY, INC.,<br><br>Defendants. | No. 1:16-cv-00219-DAD-SKO<br><br><br>ORDER GRANTING LEAVE TO EXCEED PAGE LIMITS<br><br>(Doc. No. 96) |

Before the court is a request for leave to exceed the page limits set by the court's standard procedures filed by counsel on behalf of plaintiff Cory Larson ("plaintiff") on January 23, 2018. (Doc. No. 96.) On the same day, plaintiff filed his memorandum of points and authorities in support of his motion for class certification that totals thirty-five (35) pages, inclusive of the case caption and tables. (Doc. No. 98-2.) Finding good cause, the court grants relief from the page limitations with respect to memorandum related to the motion for class certification filed on behalf of plaintiff.[1]

/////

---

[1] In the future, the parties are instructed to follow the court's standard procedures and request leave of the court prior to filing memorandum or briefs exceeding standard page limitations.

1

Accordingly:

1. Plaintiff is granted leave to file a memorandum of points and authorities in support of his motion for class certification not to exceed thirty-five (35) pages in length;
2. In response to plaintiff's motion for class certification, defendants will be authorized to file an opposition brief, not to exceed thirty-five (35) pages in length; and
3. All other papers in this case shall be filed in accordance with the page limitations set forth in the court's standard procedures absent the granting of leave to exceed those limitations prior to their filing.

IT IS SO ORDERED.

Dated: **January 30, 2018**

UNITED STATES DISTRICT JUDGE