1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CORY LARSON,                              No.  1:16-cv-00219-DAD-SKO

12                Plaintiff,

13        v.                                   ORDER ON WITHDRAWAL OF RENEWED
                                               MOTION TO STAY AND CONTINUING
14   HARMAN-MANAGEMENT                         HEARINGS FOR MOTION FOR CLASS
     CORPORATION, 3SEVENTY, INC.,              CERTIFICATION AND MOTION FOR
15                                             SUMMARY JUDGEMENT
                Defendants.
16                                             (Doc. No. 121)

17

18

19        On March 20, 2018, defendant Harman Management Corporation ("HMC") filed a request

20   for expedited status conference and notice of withdrawal of its renewed motion to stay.  (Doc. No.

21   121.)  On February 1, 2018, defendant had filed a renewed motion to stay this action (Doc. No.

22   108), which came before the court for a motion hearing on February 15, 2018 (Doc. No. 119).

23   While defendant's motion to stay was under submission, a decision was issued in *ACA Int'l v.*

24   *Fed. Commc'ns Comm'n,* No. 15-1211, ___ F.3d ___, 2018 WL 1352922, at *1 (D.C. Cir. Mar.

25   16, 2018).  As a result, defendant has now filed a notice withdrawing its pending renewed motion

26   to stay.  The court notes that plaintiff's motion for class certification (Doc. No. 98) and defendant

27   3Seventy, Inc.'s motion for summary judgment (Doc. No. 101) are currently set for hearing

28   before this court on April 17, 2018.  (Doc. No. 119.)

                                               1

1    "Withdrawal of a motion has a practical effect as if the party had never brought the

2    motion." *Caldwell-Baker Co. v. S. Ill. Railcar Co.*, 225 F. Supp. 2d 1243, 1259 (D. Kan. 2002);

3    *see also Davis v. United States*, No. 5:07-cv-00481-VAP-OP, 2010 WL 334502, at *2 (C.D. Cal.

4    Jan. 28, 2010) ("The effect of withdrawal of a motion is to leave the record as it stood prior to the

5    filing as though the motion had never been made"); *Remley v. Lockheed Martin Corp.*, No.

6    3:00-cv-02495-CRB, 2001 WL 681257, at *3 (N.D. Cal. June 4, 2001) (same).  Here,  it is

7    appropriate to grant defendant's withdrawal of its renewed motion to stay, given that defendant

8    had requested a stay pending the *ACA International* decision, which has now been issued.

9        The court does not find it appropriate to grant defendant's "request [for] a status

10    conference . . . on or before March 30, 2018 . . . so that the Court and parties may discuss the

11    *ACA International* decision's impact on the management of this case, including potential

12    simplification of the issues and the timing of class certification." (Doc. No. 121 at 3.)  To the

13    extent that defendant wishes the court to consider the "potential simplification of the issues" in

14    this action, such arguments should be presented in the form of a motion to amend the scheduling

15    order in this action and should be addressed to the magistrate judge assigned to this action..

16    Nonetheless, to allow the parties sufficient time to assess the potential implications of the recent

17    *ACA International* decision on the pending motions and the scheduling of this case, the court will

18    continue the hearing on the motion for class certification and motion for summary judgment to

19    May 15, 2018.  Deadlines for opposition and reply with respect to those motions are set in

20    accordance with Local Rule 230.  As indicated above, if any party request further changes to the

21    scheduling order in this action (Doc. No. 43), the undersigned directs the parties to file a motion

22    to amend that order or to request a status conference before the assigned magistrate judge.  *See*

23    Local Rule 302(c)(13).

24                                    **CONCLUSION**

25        Accordingly,

26        1.  Defendant's renewed motion to stay (Doc. No. 108) is withdrawn and terminated;

27        2.  The hearing date for plaintiff's motion for class certification (Doc. No. 98) and

28            defendant 3Seventy, Inc.'s motion for summary judgment (Doc. No. 101) is continued

1    to May 15, 2018, with deadlines for any oppositions and replies to be set in

2    accordance with Local Rule 230(c) in light of the new hearing date.

3  IT IS SO ORDERED.

4    Dated:  __**March 22, 2018**__                    _Dale A. Drozd_

5                                                    UNITED STATES DISTRICT JUDGE