David L. Bird, *Pro Hac Vice* (Utah Bar No. 0335)
Jeremy C. Sink, *Pro Hac Vice* (Utah Bar No. 9916)
**McKAY, BURTON & THURMAN**
15 West South Temple, Suite 1000
Salt Lake City, Utah 84101
Telephone: (801) 521-4135
Facsimile: (801) 521-4252
E-mail: jsink@mbt-law.com

Bruce J. Boehm (Cal. Bar No. 186715)
**JONES WALDO**
170 S. Main Street, Suite 1500
Salt Lake City, UT 84101
Telephone: 801-521-3200
Email: bboehm@joneswaldo.com

Martin W. Jaszczuk, *Pro Hac Vice* (Ill. Bar No. 6277720)
**JASZCZUK P.C.**
311 South Wacker Drive, Suite 1775
Chicago, IL 60606
Telephone: (312) 442-0509
Facsimile: (312) 442-0519
Email: mjaszczuk@jaszczuk.com

*Attorneys for Defendant Harman Management Corporation*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CORY LARSON, *on behalf of himself and all others similarly situated,*<br><br>Plaintiff,<br>vs.<br><br>HARMAN MANAGEMENT CORPORATION; 3SEVENTY, INC.,<br><br>Defendants. | **ORDER GRANTING JOINT STIPULATION TO AMEND SCHEDULING ORDER**<br><br>Civil No: 1:16-CV-00219-DAD-SKO<br><br>(Doc. 158) |

The Court, having read and considered the parties' Second Joint Stipulation to Amend Scheduling Order ("Stipulation") (Doc. 158), and for good cause shown,

IT IS HEREBY ORDERED that the Stipulation is GRANTED and the Scheduling Order (Doc. 43) is modified as follows:

1. The deadline for the filing dispositive motions is continued to **November 30, 2018.**

2. The pretrial conference will be rescheduled for March 25, 2019, at 2:00 p.m. in Courtroom 5 (DAD) before District Judge Dale A. Drozd.

3. The trial will be rescheduled for May 21, 2019, at 1:00 p.m. in Courtroom 5 (DAD) before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **September 11, 2018**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE