TRINETTE G. KENT (State Bar No. 222020)
3219 E Camelback Rd #588
Phoenix, AZ 85018
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@lemberglaw.com

SERGEI LEMBERG (admitted *pro hac vice*)
STEPHEN TAYLOR (admitted *pro hac vice*)
Lemberg Law, LLC
43 Danbury Road
Wilton, CT 06897
Telephone: (480) 247-9644
Facsimile: (203) 653-3424
E-mail: slemberg@lemberglaw.com
E-mail: staylor@lemberglaw.com
Attorneys for Plaintiff,
Cory Larson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cory Larson, *on behalf of himself and all others similarly situated*<br><br>Plaintiff,<br><br>vs.<br><br>Harman Management Corporation; 3Seventy, Inc.,<br><br>Defendants. | Case No.: 1:16-cv-00219-DAD-SKO<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Date:   October 23, 2018<br>Time:   9:30 a.m.<br>Honorable Dale A. Drozd<br>Courtroom 5 |

Plaintiff, through undersigned counsel, pursuant to the Court's June 29, 2018 Order (Doc. No. 152), hereby moves for leave to file a Notice of Supplemental Authority directing the Court to the Ninth Circuit's September 20, 2018 decision in *Marks v. Crunch San Diego, LLC*, No. 14-56834, 2018 WL 4495553 (9th Cir. Sept. 20, 2018). As set forth in the Certificate of Conference below, Defendants consent to Plaintiff's request to file a Notice of Supplemental Authority.

During the May 15, 2018 hearing regarding Plaintiff's pending motion for class certification and Defendants' respective motions for summary judgment, counsel for the Plaintiff alerted the Court to a petition that was pending before the Ninth Circuit in *Marks v. Crunch San Diego, LLC*, regarding the definition of an "automatic telephone dialing system" under the Telephone Consumer Protection Act. On September 20, 2018, the Ninth Circuit released its decision reversing the district court's granting of summary judgment to the defendant, and "conclud[ing] that the statutory definition of ATDS is not limited to devices with the capacity to call numbers produced by a 'random or sequential number generator,' but also includes devices with the capacity to dial stored numbers automatically." *Marks v. Crunch San Diego, LLC*, No. 14-56834, 2018 WL 4495553, at *9 (9th Cir. Sept. 20, 2018).

Given that the *Marks* decision is controlling on this Court, and explicitly addresses a contested issue pending before this Court, Plaintiff respectfully requests leave to file a Notice of Supplemental Authority addressing *Marks*.

DATED:  September 26, 2018                        Respectfully submitted,

                                       */s/ Sergei Lemberg*
                                       Sergei Lemberg
                                       Lemberg Law LLC

                                       */s/ Stephen Taylor*
                                       Stephen Taylor
                                       Lemberg Law LLC

**CERTIFICATE OF CONFERENCE**

I HEREBY CERTIFY that on September 25, 2018, counsel for the Plaintiff contacted counsel for the each of the Defendants via email and inquired whether Defendants consent to Plaintiff's filing of a notice of supplemental authority regarding the *Marks* decision. On September 26, 2018, counsel for each of the Defendants informed counsel for the Plaintiff that Defendants do not object to Plaintiff's request to file a notice of supplemental authority.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 26, 2018, a copy of the foregoing was served electronically by the U.S. District Court Eastern District of California Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                          */s/ Sergei Lemberg*
                                          Sergei Lemberg