UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY LARSON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HARMAN-MANAGEMENT CORPORATION and 3SEVENTY, INC.,<br><br>Defendants. | No. 1: 16-cv-00219-DAD-SKO<br><br>ORDER GRANTING MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY<br><br>(Doc. No. 163) |

Plaintiff Cory Larson ("plaintiff") filed the complaint in this action on February 17, 2016, naming Harman-Management Corporation and 3Seventy, Inc. ("defendants") and alleging violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* (the "TCPA"). (Doc. No. 1.) On May 15, 2018, the parties appeared for a motions hearing regarding plaintiff's motion for class certification (Doc. No. 98), defendant 3Seventy, Inc.'s motion for summary judgment (Doc. No. 101), and defendant Harman-Management Corporation's ("HMC") motion for summary judgment (Doc. No. 128).

On September 26, 2018, plaintiff filed a motion for leave to file notice of supplemental authority, citing the Ninth Circuit's September 20, 2018 decision in *Marks v. Crunch San Diego, LLC*, No. 14-56834, 2018 WL 4495553 (9th Cir. Sept. 20, 2018). (Doc. No. 163.) Plaintiff states

that *Marks* provides controlling authority regarding the definition of an "automatic telephone dialing system" under the TCPA and seeks leave to file a Notice of Supplemental Authority addressing *Marks*." (*Id.* at 2.) Defendants do not oppose plaintiff's request to file supplemental authority. (*Id.*)

Finding good cause, the court grants all parties leave to submit additional, simultaneous briefing addressing the Ninth Circuit's recent decision in *Marks*, not to exceed ten (10) pages in length within fourteen (14) days of the service of this order.

IT IS SO ORDERED.

Dated: **October 2, 2018**

UNITED STATES DISTRICT JUDGE