1  David L. Bird, *Pro Hac Vice* (Utah Bar No. 0335)
   Jeremy C. Sink, *Pro Hac Vice* (Utah Bar No. 9916)
2  **McKAY, BURTON & THURMAN**
   15 West South Temple, Suite 1000
3  Salt Lake City, Utah  84101
   Telephone:  (801) 521-4135
4  Facsimile: (801) 521-4252
   Email: dbird@mbt-law.com; jsink@mbt-law.com
5
   Martin W. Jaszczuk, *Pro Hac Vice* (Ill. Bar No. 6277720)
6  **JASZCZUK P.C.**
   311 South Wacker Drive, Suite 1775
7  Chicago, IL 60606
   Telephone: (312) 442-0509
8  Facsimile: (312) 442-0519
   Email: mjaszczuk@jaszczuk.com
9
   Bruce J. Boehm (Cal. Bar No. 186715)
10 **JONES WALDO HOLBROOK & McDONOUGH**
   170 South Main Street, Suite 1500
11 Salt Lake City, UT 84101
   Telephone:  801-521-3200
12 Facsimile: 801-328-0537
   Email:  bboehm@joneswaldo.com
13
   *Attorneys for Defendant Harman Management Corporation*
14
                         **UNITED STATES DISTRICT COURT**
15                        **EASTERN DISTRICT OF CALIFORNIA**

16

| CORY LARSON, *on behalf of himself and all others similarly situated,* | Civil No: 1:16-CV-00219-DAD-SKO |
|---|---|
| Plaintiff, | **DEFENDANT HARMAN MANAGEMENT CORPORATION'S NOTICE OF MOTION AND MOTION TO STAY** |
| vs. | |
| HARMAN MANAGEMENT CORPORATION; 3SEVENTY, INC., | Hearing Date: December 4, 2018<br>Time:                9:30 a.m.<br>Judge:              Dale A. Drozd<br>Location:         Courtroom 5 |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   **PLEASE TAKE NOTICE** that on Tuesday, December 4, 2018, at 9:30 a.m., in Courtroom 5 (located on the seventh floor) of the above-named Court, located at 2500 Tulare Street, Fresno, California 93721, Defendant Harman Management Corporation ("Defendant") will and hereby does move for an order from the Court staying all proceedings in this action

1

NOTICE OF MOTION AND MOTION TO STAY

pending the issuance of omnibus regulations by the FCC defining an "automatic telephone dialing system" within the meaning of the Telephone Consumer Protection Act ("TCPA") that will likely control key determinations in this action.

Defendant's Motion is and will be based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities in Support filed herewith, and all pleadings, records, and papers on file with the Court.

The undersigned hereby certifies that meet and confer efforts have been exhausted. On October 30, 2018, HMC's counsel requested a stipulated stay, which request was denied by Plaintiff's counsel.

Defendant hereby requests oral argument in regard to this Motion to Stay.

DATED this 30th day of October, 2018.        **McKAY, BURTON & THURMAN**

          /s/ Jeremy C. Sink
David L. Bird
Bruce J. Boehm
*Attorneys for Harman Management Corporation*

## PROOF OF SERVICE

The undersigned declares: I am a resident of the State of Utah, over the age of eighteen years, and not a party to the within action. My business address is McKay Burton & Thurman, 15 W. South Temple, Suite 1000, Salt Lake City, Utah 84101. On the date shown below, I served a true and correct copy of the following document(s): **DEFENDANT HARMAN MANAGEMENT CORPORATION'S NOTICE OF MOTION AND MOTION TO STAY**

on the following counsel of record via the Court's Electronic Case Filing system:

> Trinette G. Kent
> 10645 North Tatum Blvd., Suite 200-192
> Phoenix, AZ 85028
> tkent@kentlawpc.com
>
> Sergei Lemberg
> Stephen Taylor
> Lemberg Law LLC
> 43 Danbury Road
> Wilton, CT 06897
> slemberg@lemberglaw.com; staylor@lemberglaw.com
>
> Adam D. Bowser
> Arent Fox LLP
> 1717 K Street, NW
> Washington, DC 20006
> adam.bowser@arentfox.com
>
> Jeffery Robert Makin
> Arent Fox LLP
> 555 West Fifth Street, 48th Floor
> jeffery.makin@arentfox.com
>
> Rex Mann
> Winston & Strawn LLP
> 2501 N. Harwood St., 17th Floor
> Dallas, TX 75201
> RMann@winston.com

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on this 30th day of October, 2018, at Salt Lake City, Utah.

/s/ Jeremy C. Sink