Sergei Lemberg (*PHV*)
Stephen F Taylor (*PHV*)
LEMBERG LAW LLC
43 Danbury Road
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
T.203-653-2250
F.203-653-3424
Email: slemberg@lemberglaw.com
Email: staylor@lemberglaw.com

Trinette G. Kent (State Bar No. 222020)
LEMBERG LAW, LLC
1333 Stradella Road
Los Angeles, CA 90077
T.480-247-9644
F.480-717-4781
Email: tkent@lemberglaw.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cory Larson, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>vs.<br><br>Harman-Management Corporation; and 3Seventy, Inc.,<br><br>Defendants. | Case No.: 1:16-cv-00219-DAD-SKO<br><br>**MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Judge Dale A. Drozd<br>Hearing: June 15, 2020<br>Time: 4:00 p.m. |

Plaintiff Cory Larson ("Larson") hereby moves for entry of an Order granting final approval of the Class Action Settlement Agreement. In support, Plaintiff submits the accompanying Memorandum of Law in Support of Motion for Final Approval of Class Action Settlement and the declaration from the settlement administrator.

Plaintiff respectfully requests that the Court enter the Final Approval Order in the form agreed to by the Parties as <u>Exhibit E</u> to the Settlement Agreement and submitted herewith as <u>Exhibit A</u> to this motion.

Respectfully Submitted,

Dated: May 20, 2020

                                                             LEMBERG LAW, LLC

                                                             */s/ Stephen Taylor*
                                                             Stephen Taylor (admitted Pro Hac Vice)
                                                             Sergei Lemberg (admitted Pro Hac Vice)
                                                             Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this, the 20th day of May, 2020, I filed a copy of the foregoing with the Clerk of the Court through the CM/ECF system which sent notice of such filing to the following:

David L Bird , PHV
McKay Burton & Thurman, PC
15 W. South Temple
Suite 1000
Salt Lake City, UT 84101

Martin W. Jaszczuk , PHV
Jaszczuk P.C.
311 South Wacker Dr.
Suite 1775
Chicago, IL 60606

                                              */s/ Stephen Taylor*
                                                 Stephen Taylor